HONORABLE BENJAMIN SETTLE
HEARING:  11/13/20

IN THE UNITED STATES DISTRICT COURT
WESTERN WASHINGTON DISTRICT OF TACOMA

| | |
|---|---|
| DALE GARCIA and JANA ARCHAMBEAU, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS BENENATI and LORETTA BENENATI, husband and wife and the marital community thereof; RYAN LAYTON and JANE DOE LAYTON, husband and wife and the marital community thereof; ROBERT INGRAM and JANE DOE INGRAM, husband and wife and the marital community thereof; HEATH YATES and JANE DOE YATES, husband and wife and the marital community thereof; MATT NILES and JANE DOE NILES, husband and wife and the marital community thereof; STATE OF WASHINGTON; WASHINGTON STATE PARKS AND RECREATION COMMISSION; JOHN and JANE DOES 1-20 and the marital communities thereof, and ABC CORPORATIONS 1-10,<br><br>Defendants. | No. 3:20-cv-05945-BHS<br><br>MOTION TO AMEND COMPLAINT<br><br>(NO ORAL ARGUMENT REQUESTED) |

COMES NOW Plaintiffs, by and through one of their attorneys of record, Mark Leemon and LEEMON + ROYER PLLC, and pursuant to F.R.C.P. 15(a)(2) moves the Court for leave to amend the Plaintiffs' Complaint for Damages (Dkt. No. 2, EX. A) to Plaintiffs' proposed Amended Complaint for Damages which is filed herewith.

MOTION TO AMEND COMPLAINT- 1

Leemon + Royer PLLC    403 Columbia St., Ste. 500  Seattle, WA 98104
*Phone* 206 269-1100  *Fax* 206 269-7424

Leave to amend should be granted freely when justice requires.  F.R.C.P. 15(a)(2).  In this case, it is appropriate to grant Plaintiffs' Motion because the complaint filed in Clark County, removed to this Court by Defendants was filed in its then-present form because of a clerical error. See Declaration of Mark Leemon (Dkt. No.10) and Plaintiffs' Response to Defendants' Motion for Summary Judgment (Dkt. No 9).

WHEREFORE, Plaintiffs respectfully move this Court for an order granting them leave to amend their Complaint.  Plaintiffs further request that the Court accept for filing the Plaintiffs' Amended Complaint for Damages filed herewith.

DATED this 2nd day of  November, 2020.

> LEEMON + ROYER, PLLC
>
> /s/ Mark Leemon
> _____
> Mark Leemon. WSBA #5005
> Counsel for Plaintiffs
>
> PFAU COCHRAN VERTETIS AMALA, PLLC
>
>  /s/ _____
> Tom Vertetis, WSBA #29805
> Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I declare under the penalty of perjury of the laws of the State of Washington that on the date below a copy of the foregoing document was forwarded for service upon counsel of record as follows:

| | |
|---|---|
| Stewart A. Estes, WSBA #15535<br>KEATING, BUCKLIN & McCORMACK, INC.<br>801 Second Ave., Ste. 1210<br>Seattle, WA 98104<br>sestes@kbmlawyers.com<br>Attorney for individual defendants | **Sent Via:**<br>☒ Email<br>☐ Regular U.S. Mail |
| Jeremy Culumber<br>AAG<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101<br>jculumber@kbmlawyers.com<br>cmarlatte@kbmlawyers.com<br>Attorney for defendant State of Washington | **Sent Via:**<br>☒ Email<br>☐ Regular U.S. Mail |

Signed at Seattle, WA this 2nd day of November, 2020.

*Diane Oggoian*
_____
Diane Oggoian, paralegal