The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE GARCIA and JANA ARCHAMBEAU, husband and wife,<br><br>      Plaintiffs,<br><br> v.<br><br>THOMAS BENENATI and LORETTA BENENATI, husband and wife and the marital community thereof; RYAN LAYTON and JANE DOE LAYTON, husband and wife and the marital community thereof; ROBERT INGRAM and JANE DOE INGRAM, husband and wife and the marital community thereof; MICHAEL STERNBACK and JANE DOE STERNBACK, husband and wife and the marital community thereof; MATT NILES and JANE DOE NILES, husband and wife and the marital community thereof; STATE OF WASHINGTON; WASHINGTON STATE PARKS AND RECREATION COMMISSION; JOHN and JANE DOES 1-20 and the marital communities thereof, and ABC CORPORATIONS 1-10,<br><br>      Defendants. | No. 3:20-cv-05945-BHS<br><br>DEFENDANTS' PARTIAL OPPOSITION TO PLAINTIFFS' MOTION TO AMEND |

DEFS' PARTIAL OPPOSITION TO PLTFS' MOTION TO AMEND - 1
3:19-cv-05597-BHS
1039-00012/522411

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

*Defendants wish to call the Court's attention to the fact that Plaintiffs' Motion to Amend Complaint has implications for Defendants' pending Motion for Summary Judgment, in which the pleadings are now closed.*

Defendants do not oppose Plaintiffs' *Motion to Amend Complaint* – with one exception. It accomplishes what they say they intended to do at first. However, it still contains improper claims against Defendant Benenati that must be dismissed.

In 2019, Plaintiffs filed suit in this court alleging excessive force by a State Parks ranger, and asserting related claims against him and his supervisors. ("*Garcia I*"). No. 3:19-cv-05597-BHS. But Plaintiffs failed to sue one of his supervisors. Hence in September 2020 they filed an identical suit in state court in an attempt to avoid this court's deadline on amending their Complaint. ("*Garcia II*"). It contained federal and state law claims against all defendants. Defendants removed that action to this Court and sought its dismissal on the basis of res judicata/claim splitting. *Dkt*. 1, 3.

Plaintiffs' response to the summary judgment motion was that an editing error had caused the identical lawsuit to be filed when in fact they only sought to bring state law claims against everyone except Defendant Ranger Benenati. Plaintiffs also filed a proposed amended Complaint, but did not file a motion to amend. *Dkt*. 9.

Plaintiffs have now filed a motion to amend. *Dkt*. 12. However, this iteration of their Complaint remains improper: *The new version of their Complaint still contains state law claims against Defendant Benenati.* Thus, Plaintiffs are suing Benenati for state law claims in <u>both</u> lawsuits. This is the definition of claim splitting. He is not required to fight identical claims on two fronts. Defendants suggest that the proper remedy is to dismiss the state law claims against Ranger Benenati in this matter (*Garcia II*), and then remand the remaining claims to Clark County Superior Court. This would allow all claims state and federal to proceed against Benenati in the original action, *Garcia I*.  And, the state law claims against all other defendants could proceed in state court.

DEFS' PARTIAL OPPOSITION TO PLTFS' MOTION TO AMEND - 2
3:19-cv-05597-BHS
1039-00012/522411

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

This Court possesses supplemental jurisdiction over the state law claims because they involve the identical set of facts that underlie Plaintiffs' Section 1983 claims:

> [I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

28 U.S.C. § 1367(a). The federal law claims against Ranger Benenati have not been dismissed, so that statutory basis to decline supplemental jurisdiction does not exist. *See* 28 U.S.C. § 1367(c) ("The district courts may decline to exercise supplemental jurisdiction over a claim ... if ... the district court has dismissed all claims over which it has original jurisdiction").

| Version | *Garcia I* Complaint | *Garcia II* Complaint |
|---|---|---|
| Original | State and federal law claims against all defendants | State and federal law claims against all defendants |
| Current | *After dismissals:* State and federal law claims against Benenati only | State law claims against all defendants, including Benenati |

Defendants request that the Court allow Plaintiffs' amendment. But, on the condition that the Court grant Defendants' motion for summary judgment and dismiss the state law claims against Defendant Benenati on the grounds of claim splitting before remanding the state law claims to state court.

DATED:  November 4, 2020

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Stewart A. Estes*
Stewart A. Estes, WSBA #15535
Special Assistant Attorney General for Defendants
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sestes@kbmlawyers.com

DEFS' PARTIAL OPPOSITION TO PLTFS' MOTION TO AMEND - 3
3:19-cv-05597-BHS
1039-00012/522411

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
Mark Leemon, WSBA #5005
Leemon + Royer, PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
Tel: 206-269-1100
Fax: 206-269-7424
Email: leemon@leeroylaw.com
diane@leeroylaw.com

**Attorneys for Plaintiffs**
Thomas B. Vertetis, WSBA # 29805
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Ave. Ste. 200
Tacoma, WA 98402
Tel: 253-777-0799
Fax: 253-627-0654
Email: tom@pcvalaw.com
jeanne@pcvalaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

DATED: November 4, 2020

/s/ Stewart A. Estes
Stewart A. Estes, WSBA #15535

DEFS' PARTIAL OPPOSITION TO PLTFS' MOTION TO AMEND - 4
3:19-cv-05597-BHS
1039-00012/522411

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423